IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GOD'S TABERNACLE OF DELIVERANCE GVM, CORDELL DEYUN BOOKER, and J. WAYNE JOHNSON, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:12-CV-4435-K |
| HERRING BANK, CHURCH LOANS & INVESTMENT TRUST, INC., CHURCHLOANS.COM, et al., | § § § § | |
| Defendants. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DIRECTS that this case be remanded to the 160th District Court in and for Dallas County, Texas.

SO ORDERED.

Signed this 9th day of January, 2013.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE